1

2

NEAL A. POTISCHMAN (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP

3

4

1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000

5

Facsimile:  (650) 752-2111

6

7

*Attorneys for Defendants Lucid Group, Inc. (f/k/a
Churchill Capital Corp IV), Atieva, Inc., and Peter
Rawlinson*

8

(Additional Counsel Listed on Signature Pages)

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

WESTERN DIVISION

12

AREC D. SIMERI,

13

Plaintiff,

Case No. 2:21-CV-04295-DSF-PD

14

v.

15

16

17

CHURCHILL CAPITAL CORPORATION
IV, ATIEVA INC. d/b/a LUCID
MOTORS, MICHAEL KLEIN, JAY
TARAGIN, and PETER RAWLINSON,

Defendants.

**DEFENDANTS' NOTICE OF
MOTION AND MOTION TO
TRANSFER VENUE OR, IN THE
ALTERNATIVE, STAY**

18

19

20

Date:       October 18, 2021
Time:       1:30 p.m.

21

22

Dept.:      Courtroom 7D
Judge:      Honorable Dale S. Fischer

23

24

25

26

27

28

DEFS' NOTICE OF MTN & MTN TO
TRANSFER VENUE

CASE NO. 2:21-CV-04295-DSF-PD

1    PLEASE TAKE NOTICE THAT on October 18, 2021, at 1:30 p.m., or as soon

2  thereafter as counsel may be heard, in Courtroom 7D of the above-entitled Court,

3  located at 350 West 1st Street, Los Angeles, California 90012, Defendants will and

4  hereby do move the Court for an Order, pursuant to the "first-to-file" rule and 28 U.S.C.

5  § 1404(a), transferring this action from the Central District of California to the Northern

6  District of Alabama or, in the alternative, staying this action pending the resolution of

7  a related matter in the Northern District of Alabama, *Phillips v. Churchill Capital Corp.*

8  *IV, et al.,* No. 1:21-cv-00539-ACA (N.D. Ala.).

9    This motion is based upon this Notice of Motion and Motion, the Memorandum

10  of Points and Authorities and Declaration of Neal A. Potischman filed concurrently

11  herewith, all pleadings and papers on file in this action, and upon such other matters as

12  may be presented to the Court prior to or at the time of the hearing on this motion.

13    This motion is made following a conference of counsel pursuant to Local Rule

14  7-3, which took place on June 28, 2021.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: August 5, 2021

2

3    By:    */s/ Neal A. Potischman*

        NEAL A. POTISCHMAN

4

5    NEAL A. POTISCHMAN (SBN 254862)
     neal.potischman@davispolk.com

6    DAVIS POLK & WARDWELL LLP
     1600 El Camino Real

7    Menlo Park, California 94025
     Telephone:  (650) 752-2000

8    Facsimile:  (650) 752-2111

9    -and-

10

11   BRIAN M. BURNOVSKI (*pro hac vice*
     forthcoming)

12   brian.burnovski@davispolk.com
     DANIEL J. SCHWARTZ (*pro hac vice*

13   forthcoming)
     daniel.schwartz@davispolk.com

14   DAVIS POLK & WARDWELL LLP
     450 Lexington Ave.

15   New York, New York 10017
     Telephone: (212) 450-4000

16   Facsimile: (212) 701-5800

17

18   *Attorneys for Defendants Lucid Group, Inc.*
     *(f/k/a Churchill Capital Corp IV), Atieva,*

19   *Inc., and Peter Rawlinson*

20

21

22

23

24

25

26

27

28

DEFS' NOTICE OF MTN & MTN TO          2          CASE NO. 2:21-CV-04295-DSF-PD
TRANSFER VENUE

1

Dated: August 5, 2021

2

By:     /s/ Charles W. Cox
         CHARL]ES W. COX

3

CHARLES W. COX (SBN 162854)

4

charles.cox@alston.com
ALSTON & BIRD LLP

5

333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004

6

Telephone:  (213) 576-1048

7

Facsimile:  (213) 576-1100

8

-and-

9

10

JOHN A. NEUWIRTH (*pro hac vice*
forthcoming)

11

john.neuwirth@weil.com
JOSHUA S. AMSEL (*pro hac vice*

12

forthcoming)
joshua.amsel@weil.com

13

EVERT J. CHRISTENSEN (*pro hac*

14

*vice* forthcoming)
evert.christensen@weil.com

15

AMANDA K. POOLER (*pro hac vice*

16

forthcoming)
amanda.pooler@weil.com

17

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue

18

New York, New York 10153

19

Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

20

21

*Attorneys for Defendants Michael Klein*

22

*and Jay Taragin*

23

24

25

26

27

28

DEFS' NOTICE OF MTN & MTN TO
TRANSFER VENUE                              3        CASE NO. 2:21-CV-04295-DSF-PD

1     **Filer's Attestation:** Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures,

2  Neal A. Potischman hereby attests that all other signatories listed concur in the content

3  of this document and have authorized its filing.

4                           */s/ Neal A. Potischman*

5                           Neal A. Potischman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28