NEAL A. POTISCHMAN (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendants Lucid Group, Inc.
(f/k/a Churchill Capital Corp IV),
Atieva, Inc., and Peter Rawlinson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AREC D. SIMERI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHURCHILL CAPITAL CORPORATION IV, ATIEVA, INC. d/b/a LUCID MOTORS, MICHAEL KLEIN, JAY FARAGIN, and PETER RAWLINSON,<br><br>　　　　　Defendants. | Case No. 2:21-CV-04295-DSF-PD<br><br>**DECLARATION OF NEAL A. POTISCHMAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, STAY**<br><br>Date:　　October 18, 2021<br>Time:　　1:30 p.m.<br><br>Dept.:　　Courtroom 7D<br>Judge:　　Honorable Dale S. Fischer |

I, Neal A. Potischman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Davis Polk & Wardell LLP, counsel for Defendants Lucid Group, Inc. (f/k/a Churchill Capital Corp IV), Atieva, Inc., and Peter Rawlinson in the above-captioned action. I make this declaration on the basis of my personal knowledge in support of Defendants' Motion to Transfer Venue or, in the Alternative, Stay. If called as a witness, I could and would competently testify hereto.

2. Attached as Exhibit A is a true and correct copy of the complaint filed on the docket in *Phillips v. Churchill Capital Corporation IV, et al.*, No. 1:21-cv-00539 (N.D. Ala., April 18, 2021), Dkt 1.

3. Attached as Exhibit B is a true and correct copy of the complaint filed on the docket in *Slabaugh v. Churchill Capital Corporation IV, et al.*, No. 1:21-cv-01652 (S.D. Ind., June 11, 2021), Dkt. 1.

4. Attached as Exhibit C is a true and correct copy of the complaint filed on the docket in *Arico v. Churchill Capital Corporation IV, et al.*, No. 3:21-cv-12355 (D.N.J., June 9, 2021), Dkt. 1.

5. Attached as Exhibit D is a true and correct copy of an excerpt of Churchill Capital Corp IV's (n/k/a Lucid Group, Inc.) Form 10-K, filed with the Securities & Exchange Commission ("SEC") on March 15, 2021.

6. Attached as Exhibit E is a true and correct copy of an excerpt of Lucid Group, Inc.'s Form 8-K, filed with the SEC on July 26, 2021.

7. Attached as Exhibit F is a true and correct copy of the notice of pendency of the securities class action against defendants submitted as Exhibit A to the Declaration of Patrick C. Cooper in Support of Motion of Stephen Stanley and Gary Durell for Appointment as Lead Plaintiff and Approval of Counsel in *Phillips v. Churchill Capital Corporation IV, et al.*, No. 1:21-cv-00539 (N.D. Ala., June 21, 2021), Dkt. 25-3.

8. Attached as Exhibit G is a true and correct copy of the docket in *Phillips v. Churchill Capital Corporation IV, et al.*, No. 1:21-cv-00539 (N.D. Ala.), last

1  accessed August 5, 2021.

2  I declare that the foregoing is true and correct.

3  Executed on August 5, 2021, at Truckee, California.

By:   /s/ Neal A. Potischman
       Neal A. Potischman