# Exhibit F

EXHIBIT F
PAGE 65

FILED
2021 Jun-21 PM 04:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**EXHIBIT F
PAGE 66**

Case 2:21-cv-04295-DSF-PD   Document 33-8   Filed 08/05/21   Page 3 of 4   Page ID #:210

6/16/2021 CORRECTING and REPLACING Where is the Lucid Air- A Case of Missing Production Cars: Winston Cooks, LLC and the Beeman Law …

Case 1:21-cv-00539-ACA   Document 25-3   Filed 06/21/21   Page 2 of 3



# CORRECTING and REPLACING Where is the Lucid Air- A Case of Missing Production Cars: Winston Cooks, LLC and the Beeman Law Firm File a Class Action Against Lucid Motors and Churchill Group IV; Lead Plaintiff Deadline is June 18, 2021

CORRECTION by Winston Cooks, LLC

May 06, 2021 06:12 PM Eastern Daylight Time

BIRMINGHAM, Ala.--(BUSINESS WIRE)--Please replace the release (dated May 5, 2021) with the following corrected version due to multiple revisions.

The updated release reads:

**WHERE IS THE LUCID AIR- A CASE OF MISSING PRODUCTION CARS: WINSTON COOKS, LLC AND THE BEEMAN LAW FIRM FILE A CLASS ACTION AGAINST LUCID MOTORS AND CHURCHILL GROUP IV; LEAD PLAINTIFF DEADLINE IS JUNE 18, 2021**

Winston Cooks, LLC in conjunction with the Beeman Law Firm filed a proposed securities class action lawsuit against Churchill Capital Corporation IV, Lucid Motors, Michael Klein, Jay Faragin and Peter Rawlinson.

Lucid accessed the public securities markets via a Special Acquisition Company, otherwise known as a "SPAC". A SPAC provides a way for money-losing companies to raise money for continued operations with less oversight than a traditional IPO.

The allegations of the complaint are that Lucid and the Churchill SPAC (version 4.0) pumped the stock price based on fake vehicle production statements. In ramping up to go public, Peter Rawlinson, Lucid's Chief Executive Officer, is alleged to have touted thousands of electric cars that Lucid was going to manufacture this year with the name Air at their Casa Grande, Arizona factory.

Between a January 11, 2021 Bloomberg article (followed by a continued media campaign) and the official announcement of the merger on February 22, 2021, CCIV stock rocketed from $10 to $57, or 470%.

And as Paul Harvey used to say...the rest of the story, according to the complaint: immediately following the merger, Lucid disclosed it was projecting a production schedule of only 557 vehicles in 2021, instead of thousands it had been previously forecasting. As one might expect, the oxygen left the room and the price collapsed.

Winston Cooks, LLC, a civil rights law firm with decades of experience challenging difficult employment discrimination cases in federal court and the Beeman Law Firm, founded by a United States Marine, are ready to answer your questions about the case.

The purported class period is between January 11, 2021 and February 22, 2021, any investor that would like to be lead plaintiff has until June 18, 2021 to make an application to the United States District Court For The Northern District of Alabama in the matter of Phillips v. Churchill Capital IV et al. Case No: 1:21-cv-00539-ACA. You do not need to be a lead plaintiff to share in any potential class recovery. You may retain counsel of your choice to represent you.

If you have questions, please contact Rod Cooks (205-482-5174) for further information. Or email: rcooks@winstoncooks.com.

Disclaimer: No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers. The materials on this Site have been prepared by us for informational purposes only, do not constitute legal advice.

Contacts

Rod Cooks

(205)-482-5174

rcooks@winstoncooks.com

EXHIBIT F
PAGE 68