# Exhibit G

EXHIBIT G
PAGE 69

# U.S. District Court
# Northern District of Alabama (Eastern)
# CIVIL DOCKET FOR CASE #: 1:21-cv-00539-ACA

| | |
|---|---|
| Phillips v. Churchill Capital Corporation IV et al<br>Assigned to: Judge Annemarie Carney Axon<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 04/18/2021<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Plaintiff**

**Randy Phillips**      represented by      **Robert L Beeman , II**
BEEMAN LAW FIRM
3720 4th Avenue South
Birmingham, AL 35222
205-422-9015
Fax: 800-693-5150
Email: rlbsportsmgnt12@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roderick Twain Cooks**
WINSTON COOKS LLC
505 20th Street North, Suite 815
Birmingham, AL 35203
205-502-0970
Fax: 205-278-5876
Email: rcooks@winstoncooks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee David Winston**
WINSTON COOKS, LLC
505 20th Street North Suite 815
Birmingham, AL 35203
205-502-0940
Fax: 205-278-5876
Email: lwinston@winstoncooks.com
*ATTORNEY TO BE NOTICED*

**Patrick C Cooper**
WARD & WILSON LLC
2100 Southbridge Parkway, Suite 580
Homewood, AL 35209
205-871-5404
Fax: 205-871-5758
Email: patrickccooper@yahoo.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EXHIBIT G**
**PAGE 70**

| | | |
|---|---|---|
| **Churchill Capital Corporation IV** | represented by | **John N Bolus**<br>MAYNARD COOPER & GALE PC<br>1901 6th Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br>205-254-1000<br>Fax: 254-1999<br>Email: jbolus@maynardcooper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Amanda K Pooler**<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: amanda.pooler@weil.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Evert J Christensen , Jr**<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: evert.christensen@weil.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**John A Neuwirth**<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: john.neuwirth@weil.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua S Amsel**<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>Email: joshua.amsel@weil.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Atieva Inc**<br>*d/b/a Lucid Motors* | represented by | **J Randall McNeill**<br>WEBB MCNEILL WALKER PC<br>7475 Halcyon Pointe Drive<br>PO Box 240909<br>Montgomery, AL 36124<br>334-262-1850<br>Fax: 334-262-1889 |

Email: rmcneill@wmwfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Helen Kidd**
WEBB MCNEILL WALKER PC
7475 Halcyon Pointe Drive
P O Box 240909
Montgomery, AL 36124
334-262-1850
Fax: 334-262-1772
Email: jfrawley@wmwfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Marc Burnovski**
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
212-450-4666
Fax: 212-701-5666
Email: brian.burnovski@davispolk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Jacob Schwartz**
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY 10017
212-450-4581
Email: daniel.schwartz@davispolk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Klein**                    represented by   **John N Bolus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda K Pooler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Evert J Christensen , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A Neuwirth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**EXHIBIT G**
**PAGE 72**

| | | |
|---|---|---|
| | | Joshua S Amsel<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| Jay Faragin | represented by | John N Bolus<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Amanda K Pooler<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | Evert J Christensen , Jr<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | John A Neuwirth<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | Joshua S Amsel<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| Peter Rawlinson | represented by | J Randall McNeill<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Jamie Helen Kidd<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | Brian Marc Burnovski<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | Daniel Jacob Schwartz<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2021 | 1 | COMPLAINT against Atieva Inc, Churchill Capital Corporation IV, Jay Faragin, Michael Klein, Peter Rawlinson, filed by Randy Phillips. (Attachments: # 1 Certification Pursuant to Federal Securities Law)(KEK) (Entered: 04/19/2021) |
| 04/22/2021 | 2 | TEXT ORDER - This matter is before the court on Plaintiff's failure to pay the filing fee. On or before April 29, 2021, Plaintiff shall pay the filing fee or file a motion for leave to proceed in forma pauperis. If Plaintiff does not comply with this order, the court may dismiss this case for failure to prosecute. Signed by Judge Annemarie Carney Axon on 4/22/2021. (KEK) (Entered: 04/22/2021) |
| 04/22/2021 |  | Filing Fee: Filing fee $ 402, receipt_number 1126-3824089. related document 1 COMPLAINT against Atieva Inc, Churchill Capital Corporation IV, Jay Faragin, Michael Klein, Peter Rawlinson, filed by Randy Phillips. (Attachments: # 1 Certification Pursuant to Federal Securities Law)(KEK). (Cooks, Roderick) (Entered: 04/22/2021) |
| 05/01/2021 | 3 | Request for service by certified mail as to Churchill Capital Corporation IV filed by Randy Phillips. (Cooks, Roderick) Modified on 5/3/2021 (KEK). (Entered: 05/01/2021) |
| 05/01/2021 | 4 | Request for service by certified mail as to Atieva Inc filed by Randy Phillips. (Cooks, Roderick) Modified on 5/3/2021 (KEK). (Entered: 05/01/2021) |
| 05/01/2021 | 5 | Request for service by certified mail as to Michael Klein filed by Randy Phillips. (Cooks, Roderick) Modified on 5/3/2021 (KEK). (Entered: 05/01/2021) |
| 05/01/2021 | 6 | Request for service by certified mail as to Jay Faragin filed by Randy Phillips. (Cooks, Roderick) Modified on 5/3/2021 (KEK). (Entered: 05/01/2021) |
| 05/01/2021 | 7 | Request for service by certified mail as to Peter Rawlinson filed by Randy Phillips. (Cooks, Roderick) Modified on 5/3/2021 (KEK). (Entered: 05/01/2021) |
| 05/03/2021 | 8 | Summons Issued as to Atieva Inc, Churchill Capital Corporation IV, Jay Faragin, Michael Klein, Peter Rawlinson. Sent via certified mail. (KEK) (Entered: 05/03/2021) |
| 05/13/2021 | 9 | NOTICE of Appearance by Lee David Winston on behalf of Randy Phillips (Winston, Lee) (Entered: 05/13/2021) |
| 05/14/2021 | 10 | SUMMONS Returned Executed by Randy Phillips. Churchill Capital Corporation IV served on 5/10/2021, answer due 5/31/2021. (KEK) (Entered: 05/14/2021) |
| 05/17/2021 | 11 | SUMMONS Returned Executed by Randy Phillips. Atieva Inc served on 5/7/2021, answer due 5/28/2021. (KEK) (Entered: 05/17/2021) |
| 05/27/2021 | 12 | Unopposed MOTION for Extension of Time *on Behalf of All Defendants* by Churchill Capital Corporation IV, Jay Faragin, Michael Klein. (Bolus, John) (Entered: 05/27/2021) |
| 05/28/2021 | 13 | TEXT ORDER: The court GRANTS Defendants' unopposed motion for an extension of time to file a response to the complaint. (Doc. 12 ). Defendants shall file a responsive pleading on or before June 28, 2021. Signed by Judge Annemarie Carney Axon on 5/28/2021. (KEK) (Entered: 05/28/2021) |
| 05/28/2021 | 14 | Corporate Disclosure Statement by Atieva Inc. filed by Atieva Inc (McNeill, J) (Entered: 05/28/2021) |
| 05/28/2021 | 15 | Corporate Disclosure Statement by Churchill Capital Corporation IV. filed by Churchill Capital Corporation IV (Bolus, John) (Entered: 05/28/2021) |
| 06/18/2021 | 16 | MOTION for Leave to Appear Pro Hac Vice of Amanda K. Pooler by Churchill Capital Corporation IV, Jay Faragin, Michael Klein. (Bolus, John) (Entered: 06/18/2021) |

**EXHIBIT G**
**PAGE 74**

| | | |
|---|---|---|
| 06/18/2021 | 17 | MOTION for Leave to Appear Pro Hac Vice of Evert J. Christensen by Churchill Capital Corporation IV, Jay Faragin, Michael Klein. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | 18 | MOTION for Leave to Appear Pro Hac Vice of John A. Neuwirth by Churchill Capital Corporation IV, Jay Faragin, Michael Klein. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | 19 | MOTION for Leave to Appear Pro Hac Vice of Joshua S. Amsel by Churchill Capital Corporation IV, Jay Faragin, Michael Klein. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3865764. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3865765. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3865766. (Bolus, John) (Entered: 06/18/2021) |
| 06/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3865767. (Bolus, John) (Entered: 06/18/2021) |
| 06/21/2021 | 20 | MOTION for Leave to Appear Pro Hac Vice by Atieva Inc, Peter Rawlinson. (Attachments: # 1 Affidavit, # 2 Affidavit)(McNeill, J) (Entered: 06/21/2021) |
| 06/21/2021 | 21 | NOTICE of Appearance by Jamie Helen Kidd on behalf of Atieva Inc, Peter Rawlinson (Kidd, Jamie) (Entered: 06/21/2021) |
| 06/21/2021 | | PHV Fee paid: $ 75, receipt number 1126-3866153. (McNeill, J) (Entered: 06/21/2021) |
| 06/21/2021 | | PHV Fee paid: $ 75, receipt number 1126-3866158. (McNeill, J) (Entered: 06/21/2021) |
| 06/21/2021 | 22 | Joint MOTION for Extension of Time by Atieva Inc, Peter Rawlinson. (McNeill, J) (Entered: 06/21/2021) |
| 06/21/2021 | 23 | TEXT ORDER - The court GRANTS 16 , 17 , 18 , and 19 Motions for Leave to Appear Pro Hac Vice, by Churchill Capital Corporation IV, Jay Faragin, and Michael Klein, for the following attorneys: Amanda K. Pooler, Evert J. Christensen, John A. Neuwirth, and Joshua S. Amsel. Signed by Judge Annemarie Carney Axon on 6/21/21. (SAC) (Entered: 06/21/2021) |
| 06/21/2021 | 24 | TEXT ORDER - The court GRANTS 20 Motion for Leave to Appear Pro Hac Vice, by Atieva Inc and Peter Rawlinson, for attorneys Brian M. Burnovski and Daniel J. Schwartz. Signed by Judge Annemarie Carney Axon on 6/21/21. (SAC) (Entered: 06/21/2021) |
| 06/21/2021 | 25 | MOTION *OF STEPHEN STANLEY AND GARY DURELL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* by Randy Phillips. (Attachments: # 1 Supplement MEMORANDUM OF LAW IN SUPPORT OF MOTION OF STEPHEN STANLEY AND GARY DURELL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL, # 2 Affidavit DECLARATION OF PATRICK C. COOPER IN SUPPORT OF MOTION OF STEPHEN STANLEY AND GARY DURELL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL, # 3 Exhibit Exhibit A to Declaration, # 4 Exhibit Exhibit B to Declaration, # 5 Exhibit Exhibit C to Declaration, # 6 Exhibit Exhibit D to Declaration, # 7 Exhibit Exhibit E to Declaration, # 8 Exhibit Exhibit F to Declaration)(Cooper, Patrick) (Entered: 06/21/2021) |
| 06/21/2021 | 26 | NOTICE by Randy Phillips re 25 MOTION *OF STEPHEN STANLEY AND GARY DURELL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL of PROPOSED ORDER* (Cooper, Patrick) (Entered: 06/21/2021) |
| 06/22/2021 | 27 | TEXT ORDER: The court GRANTS Defendants' joint opposed motion to extend deadlines. (Doc. 22 ). The court extends the deadline for Defendants responsive pleadings and the parties' planning meeting and other Rule 26 obligations until 30 days after the date on which the lead Plaintiff has either: (1) filed an amended and/or consolidated complaint |

**EXHIBIT G**
**PAGE 75**

| | | |
|---|---|---|
| | | or (2) designated a previously filed complaint as the operative complaint. Signed by Judge Annemarie Carney Axon on 6/22/2021. (KEK) (Entered: 06/22/2021) |
| 06/22/2021 | 28 | ORDER - On or before June 29, 2021, Mr. Phillips SHALL publish an amended noticeadvising purported class members that they must file lead plaintiff motions within60 days of publication of the amended notice. Signed by Judge Annemarie Carney Axon on 6/22/2021. (KEK) (Entered: 06/22/2021) |
| 06/29/2021 | 29 | NOTICE by Randy Phillips re 28 Order, *Compliance* (Winston, Lee) (Entered: 06/29/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/05/2021 11:17:29 | | | |
| PACER Login: | dpw01600:2730503:3987788 | Client Code: | 01999-00003 |
| Description: | Docket Report | Search Criteria: | 1:21-cv-00539-ACA |
| Billable Pages: | 5 | Cost: | 0.50 |

**EXHIBIT G**
**PAGE 76**