UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AREC D. SIMERI,<br><br>        Plaintiff,<br><br>   v.<br><br>CHURCHILL CAPITAL CORPORATION IV, ATIEVA INC. d/b/a LUCID MOTORS, MICHAEL KLEIN, JAY TARAGIN, and PETER RAWLINSON,<br><br>        Defendants. | Case No. 2:21 CV-04295-DSF-PD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, STAY**<br><br>Date: October 18, 2021<br>Time: 1:30 p.m.<br><br>Dept.:   Courtroom 7D<br>Judge:  Honorable Dale S. Fischer |

Defendants' Motion to Transfer Venue Or, in the Alternative, Stay came on for hearing on October 18, 2021, in Courtroom 7D of the above-referenced court, the Honorable Dale S. Fischer presiding. Having considered the pleadings, papers and accompanying documents, and all other matters presented to the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Transfer Venue Or, in the Alternative, Stay is GRANTED as follows:
2. [This action is hereby transferred to the Northern District of Alabama, Eastern Division, with the appropriate assignment of judge in that division.]
3. [This action is hereby stayed pending resolution of the related matter in the Northern District of Alabama, *Phillips v. Churchill Capital Corp. IV, et al.*, No. 1:21-cv-00539-ACA (N.D. Ala.).]

Dated: _____

_____
Honorable Dale S. Fischer
United States District Judge